UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

ARIEL ACOSTA,

                Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/20

17 CR 487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Denied. This Court did not impose a fine on defendant.

    The Clerk of the Court is requested to send Mr. Ariel Acosta a copy of this Order.

    SO ORDERED.

Dated: New York, New York
       January 28, 2020

                                              KIMBA M. WOOD
                                         United States District Judge