UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/22

      -against-

ARIEL ACOSTA

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
17 CR 487 (KMW)

KIMBA M. WOOD, District Judge:

      The Bureau of Prisons has asked this Court (1) whether the Court has ordered that the defendant be credited with time served from 8/9/2017 through 11/12/18, and (2) whether the Court "... is ordering the Federal J&C to run concurrent with the state sentence."

      The answer to the first question is yes. The Court hereby orders that the defendant be credited for time served from 8/9/2017 through 11/12/2018.

      The answer to the second question is no. The Court hereby orders that the defendant's federal sentence must run consecutively to the relevant state sentence.

      SO ORDERED.

Dated: New York, New York
           November 9, 2022

                                                  */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE