```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 28, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                    17-CR-487 (KMW)

     v.                    **ORDER**

ARIEL ACOSTA,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    Defendant Ariel Acosta has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 339.)  The Government is ordered to respond to Defendant's motion by April 12, 2024.  Defendant's reply, if any, is due April 26, 2024.

    SO ORDERED.

    DATED: New York, New York
            March 28, 2024                    */s/ Kimba M. Wood*
                                                            KIMBA M. WOOD
                                             United States District Judge