USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 24, 2024

April 23, 2024

**By ECF**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Ariel Acosta*, 17 Cr. 487 (KMW)

Dear Judge Wood:

The Government respectfully writes, with the consent of the defendant, to request an extension of time within which to file a response to the defendant's March 22, 2024 motion for compassionate release (the "Motion"). (Dkt. 339.)

On March 28, 2024, the Court ordered the Government to respond to the Motion by April 12, 2024, and ordered the defendant to file any reply by April 26, 2024. (Dkt. 341.) Earlier today, after the Court contacted the Government yesterday to inquire as to whether the Government intended to file a response to the Motion, the Government assigned the undersigned Assistant U.S. Attorney to this case, as the previously-assigned AUSAs have left the U.S. Attorney's Office.

Accordingly, the Government seeks an extension of the Government's response deadline to two weeks from the date of this letter, *i.e.*, May 7, 2024, and a concomitant two-week extension of the defendant's reply deadline to May 21, 2024. The Government has conferred with defense counsel, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

**The Government's request is GRANTED. The Government's response is due May 7, 2024. Defendant's reply, if any, is due May 21, 2024.**

**SO ORDERED.**

**DATED: New York, NY**
**April 24, 2024**

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

cc:   Richard Harris Rosenberg, Esq. (by ECF)
      Clara Sophia Kalhous, Esq. (by ECF)